```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
Franz Ceran,                        :
                                    :   09 CV 3854 (BSJ)
                     Plaintiff,     :
                                    :        ORDER
         v.                         :
                                    :
Urbanizacion Maria Lopez Housing    :
Limited Partners, et al.            :
                                    :
                     Defendants.    :
------------------------------------X
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

    In view of the impending competency proceeding in state court, the Court stays all proceedings in this action--including the deadline for Defendants to answer or otherwise respond to Plaintiff's amended complaint--pending the completion of the state court competency proceeding. The parties are directed to advise the Court of the state court's competency determination, at which time a date will be set upon which Defendants shall file an answer or otherwise respond to the amended complaint. Additionally, no response is required at this time to Plaintiff's motion for partial summary judgment.

**SO ORDERED:**

                                                */s/ Barbara S. Jones*
                                        **BARBARA S. JONES**
                                        **UNITED STATES DISTRICT JUDGE**

Dated:   New York, New York
           October 5, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/09