```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
FRANZ CERAN,                  :
                              :
            Plaintiff,        :   09 Civ. 03854 (BSJ) (THK)
                              :
      -against-               :
                              :   SCHEDULING ORDER
                              :
URBANIZACION MARIA LOPEZ      :
HOUSING LTD. PARTNERS         :
                              :
            Defendants.       :
                              :
------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This case having been referred for general pre-trial management; and an initial conference having been held on October 30, 2009; it is hereby ORDERED:

1. Defendant's response to Plaintiff's Motion for Partial Summary Judgment shall be filed by no later than November 30, 2009; Plaintiff's reply, if any, shall be filed by no later than December 30, 2009.

2. Defendant, having notified the court of its intent to file a Motion to Dismiss, shall do so by no later than November 30, 2009. Plaintiff's response to that motion shall be filed by no later than December 30, 2009; and Defendant's reply, if any, shall be filed by no later than January 21, 2010.

SO ORDERED.

Dated:   October 30, 2009
         New York, New York

```
                              _____
                              THEODORE H. KATZ
                              UNITED STATES MAGISTRATE JUDGE
```